IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Ronald L. Huggins,              :

    Plaintiff,             :

  v.                          :    Case No. 2:07-cv-0636

Michael J. Astrue,              :    JUDGE GRAHAM
Commissioner of Social Security,     MAGISTRATE JUDGE KEMP

                                :
    Defendant.

## ORDER

    This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on August 19, 2008. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The plaintiff's statement of errors is sustained to the extent that this case is remanded to the Commissioner pursuant to 42 U.S.C. §405(g), sentence four, for further proceedings consistent with the Report and Recommendation as adopted.


                                         S/ James L. Graham
                                         JAMES L. GRAHAM
                                         United States District Judge

Date: September 10, 2008